UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE            ) <br> UNITED STATES OF AMERICA FOR   ) <br> NONDISCLOSURE ORDER PURSUANT TO  ) <br> 18 U.S.C. § 2705(b) FOR GRAND JURY   ) <br> SUBPOENA #GJ2014032122836        ) | Misc. No. 14-480 (JMF) |

## NOTICE OF WITHDRAWAL OF APPLICATION

On March 21, 2014, the United States filed an application under seal, pursuant to 18 U.S.C. § 2705(b), requesting that the Court order Twitter, Inc. not to notify any person (including any subscriber or customer) of the existence or content of the federal Grand Jury subpoena #GJ2014032122836 for ninety (90) days or until further order of the Court. Today, the United States was informed by the relevant investigating law enforcement agency that its investigation no longer requires a response to federal Grand Jury subpoena #GJ2014032122836.

WHEREFORE, the United States respectfully withdraws its application and will not serve federal Grand Jury subpoena #GJ2014032122836 on Twitter, Inc.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar Number 447889

By:   __/s/_____
Gregg A. Maisel
Assistant United States Attorney
Chief, National Security Section
D.C. Bar No. #447902
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7812
Gregg.Maisel@usdoj.gov